E-FILING

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 FEB 20 P 2: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 08 00087 |
|---|---|
| Plaintiff, | ) VIOLATION: Title 18, United States Code Section 1028(a)(4) – Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor) |
| v. | ) |
| MARIA CONSUELO MACHUCA ZUNIGA, a/k/a Maria Consuelo Gomez a/k/a Maria Conseulo Machuca Gomez | ) SAN JOSE VENUE |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about February 16, 2007, in the Northern District of California, the defendant,

MARIA CONSUELO MACHUCA ZUNIGA,
a/k/a Maria Consuelo Gomez,
a/k/a Maria Consuelo Machuca Gomez,

did knowingly possess an identification document other than one issued lawfully for the use of the possessor, namely a fictitious delayed California Birth Certificate indicating that she was born in Brawley, California, with the intent that such document be used to defraud the United

1 | States, in violation of Title 18, United States Code, Section 1028(a)(4), a Class A
2 | misdemeanor.

3
4 | DATED: 2/19/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____
REID DAVIS
Law Clerk

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB 20 P 2:40

### OFFENSE CHARGED

Title 18, U.S.C. § 1028(a)(4) - Possession of an Identification Document with the Intent to Defraud the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-FILING

**PENALTY:**
1 year imprisonment, $100,000 fine
1 year supervised release, $25 special assessment fee

**DEFENDANT - U.S.**
▶ MARIA CONSUELO MACHUCA ZUNIGA

**DISTRICT COURT NUMBER**
CR 08 00087 RS

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
RODNEY COLLINS - DEPT OF STATE / DSS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
SUSAN KNIGHT

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
5138 Narvaez Ave
San Jose CA 95136

Date/Time: March 13, 2008 at 9:30am

Before Judge: Seeborg

Comments: