1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163173)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   REID DAVIS
6  Law Clerk

7     150 Almaden Blvd., Suite 900
      San Jose, California 95113
8     Telephone: (408) 535-5036
      FAX: (408) 535-5066
9     RMDavis@usa.doj.gov

10 Attorneys for Plaintiff

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,           )   No. CR 08-00087 RS
                                       )
15     Plaintiff,                      )
                                       )
16                                     )   STIPULATION AND [PROPOSED]
          v.                           )   ORDER EXCLUDING TIME
17                                     )
   MARIA CONSUELO MACHUCA              )
18 ZUNIGA,                             )
   a/k/a Maria Consuelo Gomez,         )   SAN JOSE VENUE
19 a/k/a Maria Consuelo Machuca Gomez, )
                                       )
20     Defendant.                      )
                                       )
21                                     )

22     On March 13, 2008, the parties in this case appeared before the Court for an arraignment

23 on an information. After the defendant was arraigned and entered a plea of not guilty, Assistant

24 Federal Public Defender Lara Vinnard and the government agreed that the Court schedule the

25 case for a status hearing on March 27, 2008. Reid Davis, Law Clerk for the United States

26 Attorney's Office, then requested an exclusion of time under the Speedy Trial Act from March

27 13, 2008 until March 27, 2008 in order for the government to provide discovery to the defendant.

28 The defendant, through AFPD Lara Vinnard, agreed to the exclusion. The undersigned parties

STIPULATION AND [PROPOSED] ORDER
No. 08-00087 RS                              1

1  agree and stipulate that an exclusion of time is appropriate based on the defendant's need for
2  effective preparation of counsel.
3  SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
4
5  DATED: 3/25/08                          _____/s/_____
                                            SUSAN KNIGHT
6                                          Assistant United States Attorney
7
   DATED: 3/25/08                          _____/s/_____
8                                          Assistant Federal Public Defender
                                            Counsel for the defendant
9
10
11     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
12  under the Speedy Trial Act from March 13, 2008 to March 27, 2008.  The Court finds, based on
13  the aforementioned reasons, that the ends of justice served by granting the requested continuance
14  outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
15  the requested continuance would deny defense counsel reasonable time necessary for effective
16  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
17  of justice.  The Court therefore concludes that this exclusion of time should be made under 18
18  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
19  SO ORDERED.
20
21  DATED:_____                   _____
                                            NANDOR J. VADAS
22                                         United States Magistrate Judge