JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

REID DAVIS
Law Clerk

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5036
   FAX: (408) 535-5066
   RMDavis@usa.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>MARIA CONSUELO MACHUCA ZUNIGA,<br>a/k/a Maria Consuelo Gomez,<br>    Defendant. | No. CR 08-00087 RS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME<br><br>SAN JOSE VENUE |

    The undersigned parties in the above-captioned case respectfully request that the status hearing scheduled for March 27, 2008 to be continued to April 10, 2008. The reason for the continuance is to allow the government to provide discovery to defense counsel and to afford her an opportunity to review it. The parties also request an exclusion of time under the Speedy Trial Act from March 27, 2008 until April 10, 2008. The undersigned parties agree and stipulate that

//

//

STIPULATION AND [PROPOSED] ORDER
No. 08-00087 RS                                       1

1  an exclusion of time is appropriate based on the defendant's need for effective preparation of
2  counsel.
3  SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
4
5  DATED: 3/25/08                          _____/s/_____
                                            SUSAN KNIGHT
6                                           Assistant United States Attorney
7
   DATED: 3/25/08                          _____/s/_____
8                                           Assistant Federal Public Defender
                                            Counsel for the defendant
9
10
11    Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing
12 scheduled for March 27, 2008 is continued tho April 10, 2008 at 11:00 a.m.
13    The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from
14 March 27, 2008 to April 10, 2008.  The Court finds, based on the aforementioned reasons, that
15 the ends of justice served by granting the requested continuance outweigh the best interest of the
16 public and the defendant in a speedy trial.  The failure to grant the requested continuance would
17 deny defense counsel reasonable time necessary for effective preparation, taking into account the
18 exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore
19 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
20 (B)(iv).
21 SO ORDERED.
22
23 DATED:_____                     _____
                                            RICHARD SEEBORG
24                                          United States Magistrate Judge
25
26
27
28