1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163173)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6  REID DAVIS
   Law Clerk
7    150 Almaden Blvd., Suite 900
     San Jose, California 95113
8    Telephone: (408) 535-5036
     FAX: (408) 535-5066
9    RMDavis@usa.doj.gov

10 Attorneys for Plaintiff

11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13                    SAN JOSE DIVISION

14
15 UNITED STATES OF AMERICA,         )   No. CR 08-00087 RS
                                     )
16     Plaintiff,                    )
                                     )   STIPULATION AND [PROPOSED]
17     v.                            )   ORDER CONTINUING HEARING DATE
                                     )   AND EXCLUDING TIME
18 MARIA CONSUELO MACHUCA            )
   ZUNIGA,                           )
19 a/k/a Maria Consuelo Gomez,       )   SAN JOSE VENUE
                                     )
20     Defendant.                    )
                                     )
21 _____  )

22    The undersigned parties in the above-captioned case respectfully request that the status
23 hearing scheduled for March 27, 2008 to be continued to April 10, 2008. The reason for the
24 continuance is to allow the government to provide discovery to defense counsel and to afford her
25 an opportunity to review it. The parties also request an exclusion of time under the Speedy Trial
26 Act from March 27, 2008 until April 10, 2008. The undersigned parties agree and stipulate that
27 //
28 //

an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 3/25/08

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED: 3/25/08

_____/s/_____
Assistant Federal Public Defender
Counsel for the defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for March 27, 2008 is continued tho April 10, 2008 at 11:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from March 27, 2008 to April 10, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 3-27-08

_____
RICHARD SEEBORG
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 08-00087 RS                    2