JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

REID DAVIS
Law Clerk

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5036
   FAX: (408) 535-5066
   RMDavis@usa.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> MARIA CONSUELO MACHUCA ZUNIGA, </br> a/k/a Maria Consuelo Gomez, </br> a/k/a Maria Consuelo Machuca Gomez, </br></br> Defendant. | No. 08-00087 RS </br></br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME </br></br> SAN JOSE VENUE |

On April 10, 2008, the parties in the above-referenced case appeared before the Court for a status appearance. At that appearance, the parties requested that the case be continued to May 12, 2008 in order afford the government sufficient time to obtain further discovery requested by defense counsel. Reid Davis, Law Clerk for the United States Attorney's Office, then requested an exclusion of time under the Speedy Trial Act from April 10, 2008 until May 12, 2008. The defendant, through her lawyer, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective

preparation of counsel.

SO STIPULATED:                               JOSEPH P. RUSSONIELLO
                                             United States Attorney

DATED: 4/14/08                               _____/s/_____
                                             SUSAN KNIGHT
                                             Assistant United States Attorney

DATED: 4/14/08                               _____/s/_____
                                             Assistant Federal Public Defender

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 10, 2008 to May 12, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:_____                         _____
                                             RICHARD SEEBORG
                                             United States Magistrate Judge