BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MACHUCA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARIA CONSUELO MACHUCA ZUNIGA,)<br>)<br>Defendant. )<br>_____) | No. CR 08-00087 RS<br><br>**STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER**<br><br><br><br>Hon. Richard Seeborg |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, June 5, 2008, at 9:30 a.m. be continued to Tuesday, July 8, 2008, at 11:00 a.m. The continuance is requested to allow time for further settlement negotiation and defense investigation.

The parties further agree that time should be excluded under the Speedy Trial Act from June 5, 2008 to July 8, 2008, to allow time for defense investigation and preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated:   6/3/08                                    _____/s/_____
                                                               LARA S. VINNARD
                                                               Assistant Federal Public Defender

Dated:   6/3/08                                    _____/s/_____
                                                               SUSAN KNIGHT
                                                               Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MARIA CONSUELO MACHUCA ZUNIGA,<br><br>        Defendant. | No. CR 08-00087 RS<br><br>**STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER**<br><br>Hon. Richard Seeborg |

The parties have jointly requested a continuance of the hearing set for June 5, 2008, to allow time for continued settlement negotiation and continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for June 5, 2008 at 9:30 a.m. be continued to July 8, 2008, at 11:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 5, 2008, to July 8, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: _____

RICHARD SEEBORG
United States Magistrate Judge