1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant MACHUCA

6           IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                     SAN JOSE DIVISION

9  UNITED STATES OF AMERICA,        )   No. CR 08-00087 RS
10                                  )
             Plaintiff,             )   **STIPULATION TO CONTINUE**
11                                  )   **STATUS HEARING; [PROPOSED]**
   v.                               )   **ORDER**
12                                  )
   MARIA CONSUELO MACHUCA ZUNIGA,)
13                                  )
             Defendant.             )   Hon. Richard Seeborg
14  _____ )

15      Defendant and the government, through their respective counsel, hereby stipulate that,

16  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

17  Thursday, June 5, 2008, at 9:30 a.m. be continued to Tuesday, July 8, 2008, at 11:00 a.m. The

18  continuance is requested to allow time for further settlement negotiation and defense

19  investigation.

20      The parties further agree that time should be excluded under the Speedy Trial Act from

21  June 5, 2008 to July 8, 2008, to allow time for defense investigation and preparation, and because

22  the ends of justice outweigh the defendant's and the public's need for a speedy trial.

23  Dated:    6/3/08                        _____/s/_____
                                            LARA S. VINNARD
24                                          Assistant Federal Public Defender

25  Dated:    6/3/08                        _____/s/_____
                                            SUSAN KNIGHT
26                                          Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 08-00087 RS                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>            Plaintiff,                      )<br>                                                      )<br>v.                                               )<br>                                                      )<br>MARIA CONSUELO MACHUCA ZUNIGA,)<br>                                                      )<br>            Defendant.                  )<br>_____ ) | No. CR 08-00087 RS<br><br>**STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER**   *RS*<br><br><br>Hon. Richard Seeborg |

The parties have jointly requested a continuance of the hearing set for June 5, 2008, to allow time for continued settlement negotiation and continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for June 5, 2008 at 9:30 a.m. be continued to July 8, 2008, at 11:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 5, 2008, to July 8, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 6/5/08

_____
RICHARD SEEBORG
United States Magistrate Judge