JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

E-FILING

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIA MACHUCA-ZUNIGA,<br><br>  Defendant | No. CR 08-00087 RS<br><br>VIOLATION: Title 18, United States Code, Section §1028(a)(6) - Possession of a False or Stolen United States Identification Document (Class A Misdemeanor)<br><br>SAN JOSE VENUE |

SUPERSEDING INFORMATION

The United States Attorney charges:

On or about January 29, 1986, in the Northern District of California, the defendant,

MARIA MACHUCA-ZUNIGA,

knowingly possessed an identification document and authentication feature, that was and appeared to be an identification document and authentication feature of the United States, to wit: a United States Social Security number ending in the four digits 1279, which was produced without lawful authority, knowing that such document or feature was produced without such authority, in

//

//

SUPERSEDING INFORMATION

1  violation of Title 18, United States Code, Section 1028(a)(6), a Class A misdemeanor.

2  DATED: July 14, 2008                    JOSEPH P. RUSSONIELLO
3                                           United States Attorney

4
                                            /s/
5                                           DAVID R. CALLAWAY
                                            Deputy Chief, San Jose Branch
6

7  (Approved as to form: /s/ Aditya Nagarajan
8                         Aditya Nagarajan
                          LAW CLERK
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERSEDING INFORMATION                    -2-

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location — NORTHERN DISTRICT OF CALIFORNIA |

---- OFFENSE CHARGED ----

COUNT ONE: Title 18 United States Code, Section 1028(a)(6) - Possession of a False or Stolen United States Identification Document

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
1 year imprisonment
$100,000 fine
1 year supervised release
$25.00 special assessment

---- DEFENDANT - U.S. ----

▶ MARIA CONSUELO MACHUCA ZUNIGA

DISTRICT COURT NUMBER
CR 08-00087 RS

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

S/A RODNEY T. COLLINS-CID

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶ _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM:   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned):  SUSAN KNIGHT

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 23, 2008 / 11 a.m.
Before Judge: Judge Seeborg

Comments: