PROB 13C
(10/76)

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT _____ CALIFORNIA _____

**Defendant's Waiver of Preparation of Presentence Investigation and Report**

I, _____Maria Machuca Zuniga_____, hereby waive
(Name of Defendant)
my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

**FILED**

JUL 2 3 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____7 23 08_____        _____maria C machuca zuniga_____
(Date)                              (Signature of Defendant)

_____7/23/08_____         _____[signature]_____
(Date)                              (Defendant's Attorney)