08/14/2008 08:42 PM EST

**Case Debt Type Payment Report**
**U.S. Courts**

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MARIA CONSUELO MACHUCA ZUNIGA | DCAN508CR000087 | 504000 | US VS ZUNIGA SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 5461003587 | 1 | PR | 25.00 | 07/23/2008 |

Division Payment Total    25.00

Grand Total    25.00

FILED
AUG 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$26.00 SPECIAL ASSESSMENT ON 7/23/2008 PAID IN FULL

Page 1 of 1

Version 7.0.1